**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| ROBERT HADDAD,<br>    Plaintiff, | Cause No. 2:20-cv-00396-PPS-JEM |
| v. | |
| MIDWEST PIPECOATING, INC,<br>    Defendant. | |

**MOTION FOR IMMEDIATE WITHDRAWAL**
**DUE TO TERMINATION OF REPRESENTATION**

Attorney Daniel Zamudio hereby moves the court for leave to withdraw from representing the Plaintiff in this case, and in support thereof states the following:

1. On January 18, 2022, the Plaintiff delivered correspondence to Defendant's Attorney stating all future communications should be sent directly to him (**Ex. A**). Also, on January 19, 2022, Mr. Haddad sent Attorney Zamudio and Zamudio Law Professionals emails indicating that their representation was terminated effective January 19, 2022.

2. That the last known address, telephone number and email of the Plaintiff is as follows: Mr. Robert Haddad, 12931 South Marquette, Chicago, Illinois 60633; 1-773-629-2807; robertzhaddad@gmail.com.

WHEREFORE, the above-named attorney, Daniel Zamudio and Zamudio Law Professionals move this court to grant this motion for leave to withdraw, order their respective appearances be withdrawn, and order all other relief that is just and proper in the premises.

Respectfully submitted,

/s/ Daniel Zamudio_____
Daniel Zamudio, Atty No. 26942-45
Zamudio Law Professionals, PC
233 South Colfax
Griffith, Indiana 46319

Phone (219) 924-2300
Fax (219) 924-2401
dan@zlawpro.com

## CERTIFICATE OF SERVICE

I certify that on the 20th day of January, 2022, I electronically filed the foregoing document using the E-Filing System (EFS) and I also certify that on January 20, 2022 service of a true and complete copy of the above and foregoing pleading or paper was made upon each party or attorney of record herein via the Indiana E-Filing System (IEFS) and/or by depositing the same in the United States mail in envelopes properly addressed to each of them with sufficient first class postage affixed.

Attorney Jennifer J. Kalas
Hinshaw & Culbertson, LLP
322 Indianapolis Blvd.
Suite 201
Schererville, IN 46375
jkalas@hinshawlaw.com

Attorney Marcos Reilly
Hinshaw & Culbertson, LLP
151 North Franklin
Suite 2500
Chicago, Illinois 60606
mreilly@hinshawlaw.com

Mr. Robert Haddad
12931 South Marquette
Chicago, Illinois 60633
robertzhaddad@gmail.com.

By: Joanne M. Rymus